UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JASON MEE,**
*individually and on behalf of a class*
*of similarly situated persons,*

    *Plaintiff,*　　　　　　　　　　　　**Case No.: 3:24-cv-00542-MMH-JBT**

    v.

**CLARITY SERVICES, INC., et al.,**

    *Defendants.*
_____/

**NOTICE OF SETTLEMENT**

    In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendants MoneyLion, LLC, MoneyLion Technologies Inc., and Ishwaaswi, LLC have reached a settlement. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Mr. Mee's individual claims with prejudice and all putative class claims without prejudice.

    Respectfully submitted on August 21, 2024.

                                                          */s/ Bryan J. Geiger*
                                                          Bryan J. Geiger
                                                          Florida Bar Number: 119168
                                                          Seraph Legal, P. A.
                                                          2124 W Kennedy Blvd., Suite A
                                                          Tampa, FL 33606
                                                          (813) 321-2348
                                                          BGeiger@SeraphLegal.com
                                                          *Counsel for Plaintiff*